IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANUEL ORTIZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES C. WEBERING, Federal Public Defender;<br><br>    Defendant. | 4:20CV3065<br><br>**MEMORANDUM AND ORDER** |

  Plaintiff has filed a Motion for Clarification (Filing 20) regarding the procedure for proceeding on appeal in forma pauperis. Because the court has issued a Memorandum and Order (Filing 22) explaining such procedure, Plaintiff's Motion will be denied as moot.

  IT IS ORDERED that Plaintiff's Motion for Clarification (Filing 20) is denied as moot.

  DATED this 3rd day of March, 2021.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge